# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# Civil Action No: 5:10-cv-00153

| | |
|---|---|
| INTERNATIONAL LEGWEAR GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAL CORPORATION, <br><br> Defendant. | **ORDER** |

This matter is before the Court on the Motion to Suspend Discovery Deadlines and for Exemption from Federal Court Mediation Procedures Until Disposition of Motion to Remand filed by Plaintiff International Legwear Group, Inc. The Court having considered Plaintiff's Motion and for good cause as demonstrated in the Motion concludes that the Motion should be granted. Therefore,

IT IS ORDERED that the Plaintiff's Motion is **GRANTED**; and

IT IS FURTHER ORDERED that all discovery and mediation deadlines are suspended until this Court's ruling on Plaintiff's Motion for Remand.

SO ORDERED. This 27 day of May 2010.

*[signature]*
JAMES C. DEVER III
United States District Judge